# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL SCOTCHIE,**

        **Plaintiff,**

**-vs-**                      **Case No.  6:11-cv-984-Orl-28GJK**

**TAYLOR MORRISON, INC., JEFF MENZEL,**

        **Defendants.**
_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 12) filed August 11, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Non-Objection to the Report and Recommendation filed by the parties (Doc. No. 14), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 30, 2011 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement (Doc. No. 12) is **GRANTED** to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act .

3. This case is dismissed with prejudice.

4.	The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___2nd___ day of September, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge